# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Plaintiff
vs. David Florence

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

S. Frauenheim et, al,.
Defendant

CASE NUMBER: 1: 15 CV - 01383 - MJS PC

FILED SEP 10 2015 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK

I, David Florence H-42260 , declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. California State Prison/Sacramento

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☒ No

    RECEIVED SEP 10 2015 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
      2001 $20 dollars CDC.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No

   b. Rent payments, interest or dividends   ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

   d. Disability or workers compensation payments   ☐ Yes   ☒ No

   e. Gifts or inheritances   ☐ Yes   ☒ No

   f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

IFPFORM   Revised 5/99

1

4. Do you have cash or checking or savings accounts?  ☐ Yes   ☐ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes   ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?  ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   8/26/15                         *David Florence*
   DATE                            SIGNATURE OF APPLICANT

   **CERTIFICATE**
   (To be completed by the institution of incarceration)

   I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at __CSP Sacramento__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __0__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __0__.

   (Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

   8-31-15                         *Rolane Vull*
   DATE                            SIGNATURE OF AUTHORIZED OFFICER

2

Date\Time: 8/28/2015 12:43:14 PM
Institution: SAC

Case 2:15-cv-01838-WBS-JS Document 4 Filed 09/09/15 Page 3 of 4

CDCR
Inmate Statement Report

Verified:

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| H42260 | FLORENCE, DAVID | SAC | C 005 2 | 019001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | 9/12/13 | $0.10 | $0.00 | $0.09 |
| COPY CHARGES | 9/13/13 | $2.30 | $0.00 | $2.30 |
| REGULAR MAIL | 9/18/13 | $0.86 | $0.00 | $0.86 |
| REGULAR MAIL | 9/17/13 | $1.92 | $0.00 | $1.92 |
| COPY CHARGES | REG COPY | $0.90 | $0.00 | $0.90 |
| REGULAR MAIL | 9/24/13 | $0.66 | $0.00 | $0.66 |
| COPY CHARGES | 10/1/13 | $4.15 | $0.00 | $4.15 |
| COPY CHARGES | 9/27/13 | $2.00 | $0.00 | $2.00 |
| COPY CHARGES | 10/8/13 | $1.95 | $0.00 | $1.95 |
| REGULAR MAIL | 10/20/13 | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | 10/20/13 | $0.46 | $0.00 | $0.46 |
| REGULAR MAIL | 10/20/13 | $0.46 | $0.00 | $0.46 |
| COPY CHARGES | 10/23/13 | $1.65 | $0.00 | $1.65 |
| MEDICAL (HEALTH) SUPPLIES | CERVICAL PILLOW | $6.72 | $0.00 | $6.72 |
| COPY CHARGES | 110613 | $2.40 | $0.00 | $2.40 |
| COPY CHARGES | 111813 | $1.60 | $0.00 | $1.60 |
| REGULAR MAIL | 111913 | $0.70 | $0.00 | $0.70 |
| COPY CHARGES | 121013 | $0.30 | $0.00 | $0.30 |
| COPY CHARGES | 120613 | $3.20 | $0.00 | $3.20 |
| COPY CHARGES | 121713 | $1.00 | $0.00 | $1.00 |
| COPY CHARGES | 122413 | $2.75 | $0.00 | $2.75 |
| COPY CHARGES | 022514 | $5.70 | $0.00 | $5.70 |
| COPY CHARGES | 3/28/2014 | $0.75 | $0.00 | $0.75 |
| COPY CHARGES | 041014 | $1.80 | $0.00 | $1.80 |
| COPY CHARGES | 041614 | $3.60 | $0.00 | $3.60 |
| COPY CHARGES | 041614 | $2.00 | $0.00 | $2.00 |
| COPY CHARGES | 041614 | $16.10 | $0.00 | $16.10 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

2

## Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | 041714 | $2.00 | $0.00 | $2.00 |
| COPY CHARGES | 041714 | $2.50 | $0.00 | $2.50 |
| COPY CHARGES | 041714 | $0.80 | $0.00 | $0.80 |
| COPY CHARGES | 041814 | $0.60 | $0.00 | $0.60 |
| COPY CHARGES | 041114 | $2.10 | $0.00 | $2.10 |
| COPY CHARGES | 042214 | $0.40 | $0.00 | $0.40 |
| COPY CHARGES | 042414 | $1.10 | $0.00 | $1.10 |
| COPY CHARGES | 043014 | $1.60 | $0.00 | $1.60 |
| COPY CHARGES | 042414 | $2.10 | $0.00 | $2.10 |
| COPY CHARGES | 050114 | $4.50 | $0.00 | $4.50 |
| COPY CHARGES | 050614 | $1.40 | $0.00 | $1.40 |
| COPY CHARGES | 051514/061614 | $1.10 | $0.00 | $1.10 |
| COPY CHARGES | COPY 8/26/14 | $3.70 | $0.00 | $3.70 |
| REGULAR MAIL | POSTAGE 10/9/14 | $2.24 | $0.00 | $2.24 |
| REGULAR MAIL | POST 10/22/14 | $2.66 | $0.00 | $2.66 |
| REGULAR MAIL | POST 12/9/14 | $3.08 | $0.00 | $3.08 |
| REGULAR MAIL | POST 12/9/14 | $2.24 | $0.00 | $2.24 |
| REGULAR MAIL | POST 12/9/14 | $1.40 | $0.00 | $1.40 |
| REGULAR MAIL | POST 12/9/14 | $1.19 | $0.00 | $1.19 |
| REGULAR MAIL | POST 12/9/14 | $1.40 | $0.00 | $1.40 |
| REGULAR MAIL | POST 12/23/14 | $1.61 | $0.00 | $1.61 |
| REGULAR MAIL | POST 12/23/14 | $1.40 | $0.00 | $1.40 |
| REGULAR MAIL | POST 12/23/14 | $1.19 | $0.00 | $1.19 |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | A651940 | Fulfilled | $500.00 | $0.00 | $0.00 | $0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICER

3