1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   DAVID FLORENCE,                    | **CASE No. 1:15-cv-01383-AWI-MJS (PC)**

11            Plaintiff,                | **ORDER ADOPTING FINDING AND
                                        | RECOMMENDATIONS (1) FOR SERVICE**
12       v.                             | **OF COGNIZABLE FIRST AMENDMENT
                                        | CLAIMS AGAINST DEFENDANTS**
13   S. FRAUNHEIM, et al.,              | **FRAUNHEIM AND RESER; AND (2) TO
                                        | DISMISS ALL OTHER CLAIMS AND**
14            Defendants.               | **DEFENDANTS**

15

16                                      | **(ECF NO. 14)**

17                                      | **THIRTY (30) DAY DEADLINE**

18

19

20          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

21   rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United

22   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the

23   United States District Court for the Eastern District of California.

24          On August 11, 2017, the Magistrate Judge issued findings and recommendations

25   for service of Plaintiff's cognizable First Amendment free speech claims against

26   Defendants Fraunheim and Reser, and for dismissal of all other claims with prejudice.

27   (ECF No. 14.) Plaintiff filed no objections and the time for doing so has passed.

28

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed August 11, 2017 (ECF No. 14), in full;

2. Plaintiff shall proceed on his First Amendment free speech claims against Defendants Fraunheim and Reser;

3. All other claims asserted in the first amended complaint and all other named Defendants are DISMISSED with prejudice,

4. Service shall be initiated on the following Defendants:

   **SCOTT FRAUNHEIM** – Warden at Pleasant Valley State Prison

   **R. RESER** – Correctional Officer at Pleasant Valley State Prison

5. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed January 4, 2016;

6. Within thirty (30) days from the date of this order, Plaintiff shall complete and return to the Court the Notice of Submission of Documents along with the following documents:

   a. One completed summons for each Defendant listed above,

   b. One completed USM-285 form for each Defendant listed above,

   c. Three (3) copies of the endorsed second amended complaint filed January 4, 2016;

7. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court shall direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment

of costs; and

8. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   September 27, 2017

_____
SENIOR  DISTRICT  JUDGE