

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. FRAUENHEIM, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01383-AWI-MJS (PC)<br><br>ORDER THAT INMATE DAVID FLORENCE, CDCR # H-42260 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on March 23, 2018, inmate David Florence, CDCR #H-42260, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Date: 3/23/18

_____
UNITED STATES MAGISTRATE JUDGE

1